# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New Jersey

Case Number: 3:12-CV-07363-PGS-TJB

Plaintiff:
**JOSEPH P HAND SR, ET AL.**

vs.

Defendant:
**NEW JERSEY STATE ATHLETIC CONTROL BOARD, ET AL.**

For:
Ryan Janis
JEKIELEK & JANIS LLP
203 E Pennsylvania Blvd
Feasterville, NJ  19053

Received by TURBO Legal Support Services on the 7th day of December, 2012 at 4:00 pm to be served on **AARON DAVIS, 106 TORRINGTON LANE, WILLINGBORO, BURLINGTON County, NJ 08046**.

I, WILBERT SMITH, being duly sworn, depose and say that on the **26th day of December, 2012** at **7:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **AUGUSTIA DAVIS** as **MOTHER** at the address of: **106 TORRINGTON LANE, WILLINGBORO, BURLINGTON County, NJ 08046**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/11/2012 3:10 pm   Attempted Service.
12/14/2012 7:30 am   Attempted Service.
12/20/2012 1:00 pm   Attempted Service.
12/22/2012 10:30 am   Attempted Service.

**Description** of Person Served:  Age: 70,  Sex: F,  Race/Skin Color: Black,  Height: 5' 7",  Weight: 140,  Hair: Black/Gray,  Glasses: N

I the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation,

Subscribed and Sworn to before me on the ___4___ day of _____ 20__ by the affiant who is personally known to me and stated to my satisfaction that he is the person who executed this affidavit as his act and deed

NOTARY PUBLIC

JENIFER LYNN HILTWINE
Notary Public
State of New Jersey
My Commission Expires Oct 18, 2016

**WILBERT SMITH**
Process Server

**TURBO Legal Support Services**
**417 Champion Avenue**
**West Collingswood, NJ 08107**
**(800) 887-8872**

Our Job Serial Number: TBO-2012002568
Ref: HAND -vs- NJ ATHLETIC CONTROL

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t